IN THE SUPREME COURT OF TEXAS

 No. 08-0544

 IN RE SCOGGINS CONSTRUCTION COMPANY, INC.

 On Petition for Writ of Mandamus

ORDERED:

 1. Relator's motion for emergency stay, filed August 12, 2008, is
granted. All trial court proceedings in Cause No. C-1473-06-I-1, styled
Mercedes Independent School District (Re: Kennedy Elementary) v. Scoggins
Construction Company, Inc., in the 398th District Court of Hidalgo County,
Texas, are stayed pending further order of this Court.
 2. The petition for writ of mandamus remains pending before this
Court.

 Done at the City of Austin, this August 29, 2008.
 [pic]
 Blake A. Hawthorne, Clerk
 Supreme Court of Texas

 By Claudia Jenks, Chief Deputy Clerk